

Misc. No. 11–8024/NA.  U.S. v. John R. Davenport.  CCA 201000067.  Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 11–0485/CG.  U.S. v. Royce G. Clifton.  CCA 1332.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including May 31, 2011.

Wednesday, May 11, 2011

No. 11–0389/AR.  U.S. v. Kenneth L. Goodman.  CCA 20090083.  Review granted on the following issues:

   I.   WHETHER APPELLANT'S PLEA OF GUILTY TO FAILURE TO OBEY A GENERAL REGULATION (CHARGE I) WAS IMPROVIDENT BECAUSE THE MILITARY JUDGE FAILED TO SECURE A DISCLAIMER OF THE MISTAKE OF FACT DEFENSE WHEN IT WAS RAISED DURING THE PROVIDENCE INQUIRY.

  II.  WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

Briefs will be filed under Rule 25 on Issue I only.

No. 11–0420/AR.  U.S. v. Cody T. Smith.  CCA 20100646.  Review granted on the following issue:

     WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-*

*SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

Thursday, May 12, 2011

Misc. No. 11–8025/AF.   In re Keith M. Hall, Petitioner v. Commander Robert Stover, USN, Commanding Officer, Naval Consolidated Brig, Miramar, California. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus, was filed under Rule 27(a) on this date.

Misc. No. 11–8026/AF.   In re Dustin S. Hogeland, Petitioner v. Commander Robert Stover, USN, Commanding Officer, Naval Consolidated Brig, Miramar, California. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus, was filed under Rule 27(a) on this date.

Friday, May 13, 2011

Misc. No. 11–8027/NA.   In Re Justin H. McMurrin, Petitioner v. The Honorable Ray Mabus, Secretary of the Navy, and Commanding Officer, Naval Consolidated